103 A.3d 1292

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Howard COOPER, Petitioner.**

**No. 150 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**